IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 11 2012

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| THOMAS J. CULLEN, JR., as Personal Representative and Surviving Son of THOMAS J. CULLEN, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> CRITTENDEN HOSPITAL ASSOCIATION, d/b/a CRITTENDEN REGIONAL HOSPITAL; INTERNAL MEDICAL ASSOCIATION OF WEST MEMPHS, P.A.; KENNETH R. NADEAU, M.D.; DANIEL W. WEBB, M.D.; MID-SOUTH PULMONARY SPECIALISTS, P.C.; RICHARD BOSWELL, M.D.; ARCH SPECIALTY INSURANCE COMPANY; AND JOHN AND JANE DOE, <br><br> Defendant. | Civil Action No. 3:12-CV-00009-DPM <br><br><br> This case assigned to District Judge Marshall <br> and to Magistrate Judge Volpe |

## NOTICE OF REMOVAL

TO: THE HONORABLE JUDGES OF THE UNITED STATED DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS, JONESBORO DIVISION

Pursuant to 28 U.S.C. § 1441(a) *et seq.*, Defendants, Richard Boswell, M.D., and Mid-South Pulmonary Specialists, P.C., file this Notice of Removal of this action from State Court to this Court and respectfully states as follows:

1. December 6, 2011, Plaintiff, Thomas Cuillen, Jr., ("Plaintiff") commenced an action against Richard Boswell, M.D., and Mid-South Pulmonary Specialists, P.C., in the Circuit Court of Crittenden County, Arkansas under the style, *Thomas J. Cullen, Jr. v. Crittenden Hospital Association, d/b/a Crittenden Regional Hospital, et al.*, Case No. CV-2011-618 (the "Civil Action"). The Civil Action is still pending in the State Court.

2. Richard Boswell, M.D., and Mid-South Pulmonary Specialists, P.C., first received a copy of the Summons and Complaint in the Civil Action, by service or otherwise, on or about December 13, 2011, and December 12, 2011, respectively. A copy of the entire State Court file, as received directly from the Court, is attached as Exhibit "A"

3. Removal is timely in this matter in that:

(a) Pursuant to 28 U.S.C. § 1446(b), Defendants are required to file their Notice of Removal within thirty days after service of the Complaint.

(b) Pursuant to 28. U.S.C. § 1446(b), Defendants must file their Notice of Removal on or before January 11, 2012, (30 days after service of the Complaint).

(c) Accordingly, Defendants, by timely filing its Notice of Removal on or before January 11, 2012, have complied with the provisions of 28 U.S.C. § 1446(b).

4. Defendants, to date, have made appearances in the Civil Action in State Court.

5. Plaintiff in the Civil Action in State Court is an adult resident citizen of Maryland. (See Complaint, paragraph 1.)

6. The District Courts of the United States has original jurisdiction of said Civil Action, pursuant to 28 U.S.C. § 1332(a)(1), as it involves a suit of a civil nature between citizens of different states and the matter in controversy that exceeds $75,000, exclusive of interest and costs, and this Court has removal jurisdiction pursuant to 28 U.S.C. § 1441(a).

7. Richard Boswell, M.D., and Mid-South Pulmonary Specialists, P.C., have filed this Notice prior to the expiration of thirty (30) days following the receipt of a copy of the Summons and Complaint by the last-served Defendant.

8. Richard Boswell, M.D., and Mid-South Pulmonary Specialists, P.C., will give written notice to Plaintiff and will file a Notice of Filing of Notice of Removal with the Clerk of

the Circuit Court of Crittenden County, Arkansas. These defendants attach a copy of the Notice of Filing of Notice of Removal as Exhibit "B".

WHEREFORE, Defendants, Richard Boswell, M.D., and Mid-South Pulmonary Specialists, P.C.., pray that the Civil Action now pending against it in the Circuit Court of Crittenden County, Arkansas, be removed therefrom to this Court.

DATED this _10th_ day of January, 2012.

Respectfully submitted,

_/s/ Chris Crain_
DAVID M. COOK (#2009096)
JENNIFER S. HARRISON (#2010218)
CHRISTOPHER CRAIN (#91219)
The Hardison Law Firm, P.C.
119 S. Main St., Suite 800
Memphis, TN 38103
(901) 525-8776
*Attorneys for Defendants, Richard Boswell, Boswell, M.D., and Mid-South Pulmonary Specialists, P.C.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served, via regular U.S. Mail, this /o+^th day of Jan_____, 2012, upon the following:

R. Porter Feild, Esquire
130 N. Court Avenue
Memphis, TN  38103

Jeffrey Singleton, Esquire
Hankins Law Firm, P.A.
P. O. Box 5151
North Little Rock, AR  72119

_____
CHRISTOPHER CRAIN