IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

THOMAS J. CULLEN, JR., as Personal
Representative and Surviving Son of
THOMAS J. CULLEN, Deceased                                          PLAINTIFF

v.                              No. 3:12-cv-9-DPM

CRITTENDEN HOSPITAL ASSOCIATION, d/b/a
CRITTENDEN REGIONAL HOSPITAL; INTERNAL
MEDICINE ASSOCIATES OF WEST MEMPHIS, P.A.;
KENNETH R. NADEAU, M.D.; DANIEL W. WEBB, M.D.;
MID-SOUTH PULMONARY SPECIALISTS, P.C.;
RICHARD BOSWELL, M.D.; ARCH SPECIALTY
INSURANCE COMPANY; and JOHN AND JANE DOE    DEFENDANTS

ORDER

The motion to remand, *Document No. 30*, is granted. 28 U.S.C.A. § 1441(b) (West Supp. 2010); *Horton v. Conklin*, 431 F.3d 602 (8th Cir. 2005), *cert. denied*, 549 U.S. 813 (2006). The motion to stay response time, *Document No. 32*, is denied as moot. The Court remands the case and all pending motions to the Circuit Court of Crittenden County, Arkansas.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>  4 April 2012  </u>